Curtis Williams, Alvin Lacy Williams, and August L. Fowler, for appellant; Ralph W. Harris, and David A. Warford, for appellees. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed January 30, 1953; released for publication March 4, 1953.

## Sebastian Parrilli, Appellee, v. St. Louis Bath House Corporation, Appellant.

Gen. No. 45,743.

Richard E. Keogh, and Herman Herson, for appellant; William C. Jerome, and James A. Boyle, Jr., for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed December 10, 1952; rehearing allowed December 31, 1952; new opinion filed February 4, 1953; released for publication February 26, 1953.